# Exhibit A

# General Electric Company -- Schedule A
# Cleveland Bakers & Teamsters Pension Fund

**Cusip:** 369604103
**Ticker:** GE
**Class Period:** February 26, 2013 through January 24, 2018

**Beginning Holdings: 0 shares**

| Purchases | | |
|---|---|---|
| Trade Date | Quantity | Price |
| 10/10/16 | 11,000 | $28.85 |

| Sales | | |
|---|---|---|
| Trade Date | Quantity | Price |
| 12/19/17 | 450 | $17.59 |

| Post Disclosure Sales* | | |
|---|---|---|
| Trade Date | Quantity | Price |
| 01/25/18 | 750 | $16.18 |

\* For purposes of calculating losses in connection with Cleveland Baker's lead plaintiff motion,
   the higher of the actual sale price or the closing price on 1/25/18 ($16.18) was used.