IH-32                                                           Rev: 2014-1

# United States District Court
### for the
# Southern District of New York
### Related Case Statement

___

Full Caption of Later Filed Case:

The Cleveland Bakers and Teamsters Pension Fund

Plaintiff

vs.

General Electric Company, Jeffrey Immelt, Jeffrey Bornstein, John Flannery, and Jamie Miller

Defendant

Case Number: 18-CV-01404

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Jihad A. Hachem, Individually and on Behalf of all Others Similarly Situated

Plaintiff

vs.

General Electric, Inc., Jeffrey R. Immelt, Jeffrey S. Bornstein, and John L. Flannery

Defendant

Case Number: 17-CV-8457 (JMF)

Status of Earlier Filed Case:

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open — (If so, set forth procedural status and summarize any court rulings.)

Complaint filed on 11/01/2017, summons issued, Judge Jesse M. Furman assigned, Case designated ECF. Motions for Lead Plaintiff and Lead Counsel filed and fully briefed. On January 19, 2018, Judge Furman granted motions and appointed Lead Plaintiff and Lead Counsel.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases allege similar facts and federal securities fraud claims against the same or similar defendants, thus cases are related.

Signature: /s/ Daniel L. Berger                         Date: 2/16/18

Firm: Grant & Eisenhofer P.A.